1  David B. Pillemer, State Bar No. 97808
   PILLEMER & PILLEMER
2  14724 Ventura Blvd., Suite 1009
   Sherman Oaks, California  91403
3  Phone (818) 994-4321
   Fax (819) 994-3484
4
   Attorneys for Defendants
5  STARLIGHT HOME ENTERTAINMENT, INC. and
   MATTHEW S. FEINSTEIN

FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2006
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED

2006 MAR 16 AM 11: 55
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

PILLEMER & PILLEMER
14724 Ventura Blvd, Suite 1009
Sherman Oaks, California 91403

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DIVERSIFIED ENTERTAINMENT CO., LLC, a California limited liability company, | Civil No. CV061272 RGK (JwJx) |
| Plaintiff(s), | ASSIGNED FOR ALL PURPOSES TO: R Gary Klausner 805 |
| vs. | **ORDER** |
| STARLIGHT HOME ENTERTAINMENT, INC., a California corporation; MATTHEW S. FEINSTEIN, an individual; and Does 1-10, | DATE:  March 27, 2006 TIME:  9:00 a.m. DEPT: 850 |
| Defendant(s). | TRIAL DATE:  NONE SET ACTION FILED:  03/01/06 |

ORDER

Having considered Defendants' ex parte application to extend the time to file its

Opposition Memorandum of Points and Authorities to the plaintiff's Motion for a

Preliminary Injunction, and finding good cause therefor.

DOCKETED ON CM

MAR 21 2006

BY _____ 012

////
////
////
////

3/15 6 25

M:\DOCS\ROCHELLE\3669A\
Order2.wpd

1

ORDER

1    IT IS HEREBY ORDERED that the defendant shall have up to and including

2    March 16, 2006 within which to file their Opposition to the Plaintiff's Motion for a

3    Preliminary Injunction.

4
         MAR 17 2006
5    DATED: ................, ....

6

7                              /s/

8                              _____
                               R. Gary Klausner
9
                               United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PILLEMER & PILLEMER
14724 Ventura Blvd., Suite 1009
Sherman Oaks, California 91403

3/15 6 25

M:\DOCS\ROCHELLE\3669A\
Order2.wpd